# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM).*

**Fifth Cir. Case NO.** 21-50715

Students for Fair Admissions, Inc. _____ vs. University of Texas at Austin, et al. _____

(Short Title)

The Clerk will enter my appearance as Counsel for Students for Fair Admissions, Inc. _____

_____

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**    ☐ Petitioner(s)    ☐ Respondent(s)    ☐ Amicus Curiae

☑ Appellant(s)    ☐ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Cameron T. Norris _____    cam@consovoymccarthy.com _____

(Signature)    (e-mail address)

Cameron T. Norris _____    Virginia Bar No. 91624 _____

(Type or print name)    (State/Bar No.)

Counsel _____    ☑ Male    ☐ Female

(Title, if any)

Consovoy McCarthy PLLC _____

(Firm or Organization)

Address _____ 1600 Wilson Blvd., Ste. 700 _____

City & State Arlington, VA _____    Zip 22209 _____

Primary Tel. 703-243-9423 _____ Cell Phone: _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

Name of Lead Counsel:  Cameron T. Norris _____

A.  Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A _____

B.  Inquiry of Counsel.  To your knowledge:

(1)  Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?    ☐ Yes   ☑ No

(2)  Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?    ☐ Yes   ☑ No

(3)  Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?    ☐ Yes   ☑ No

(4)  Does this case qualify for calendaring priority under 5th Cir. R. 47.7?  If so, cite the type of case N/A _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

_____

_____

Name of Court or Agency_____

Status of Appeal (if any)_____

Other  Status (if not appealed)_____

**NOTE:  Attach sheet to give further details.**    DKT-5A REVISED February 2017