# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 02, 2021

Mr. David G. Hinojosa
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W.
Suite 900
Washington, DC 20005

    No. 21-50715   Students for Fair Admissions v. University of Texas at Austin
               USDC No. 1:20-CV-763

Dear Mr. Hinojosa,

Appearance forms require either an original signature in the signature line or **"s/name"** by attorneys filing under their own CM/ECF login.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Burke Fenerty, Deputy Clerk
                504-310-7624