**Case No. 21-50715**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Students for Fair Admissions, Incorporated,
    *Plaintiff-Appellant*

v.

University of Texas at Austin; James B. Milliken, Chancellor of the University of Texas System in his Official Capacity; Steven Leslie, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; Daniel H. Sharphorn, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; Jay Hartzell, Interim President of the University of Texas at Austin in his Official Capacity; Board of Regents of the Texas State University System; David J. Beck, Member of the Board of Regents in his Official Capacity; Christina Melton Crain, Member of the Board of Regents in her Official Capacity; Kevin P. Eltiffe, Member of the Board of Regents in his Official Capacity; R. Steven Hicks, Member of the Board of Regents in his Official Capacity; Jodie Lee Jiles, Member of the Board of Regents in his Official Capacity; Janiece Longoria, Member of the Board of Regents in her Official Capacity; Nolan Perez, Member of the Board of Regents in his Official Capacity; Kelcy L. Warren, Member of the Board of Regents in his Official Capacity; James C. (Rad) Weaver, Member of the Board of Regents in his Official Capacity; Daniel Jaffe, Interim Executive Vice President and Provost; Rachelle Hernandez, Senior Vice Provost for Enrollment Management and Student Success; Miguel Wasielewski, Executive Director for Office of Admissions,
    *Defendants-Appellees*

The Black Student Alliance; Texas Orange Jackets; Texas NAACP; Adaylin Alvarez; Morgan Bennett; Liz Kufour; Brianna Mallorie McBride; Desiree Ortega-Santiago; Nima Rahman; Alexandra Trujillo; Rosaleen Xiong,
    *Intervenor Defendants-Appellees.*

On Appeal from the United States District Court Western District of Texas,
Austin Division, Civil Action No. 1:20-cv-763 (Pitman, J.)

**UNOPPOSED JOINT MOTION FOR EXTENSIONS OF TIME**

Matthew C. Powers
William G. Christian
Marianne W. Nitsch
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: (512) 480-5757
Facsimile: (512) 536-9926
Email: mpowers@gdhm.com
Email: wchristian@gdhm.com
Email: mnitsch@gdhm.com

**Counsel for Defendants-Appellees University of Texas at Austin, et al.**

David G. Hinojosa
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8307
Email: dhinojosa@lawyerscommittee.org

Neil K. Gilman
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1674
Email: ngilman@huntonak.com

Brian C. Pidcock
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-3916
Email: brianpidcock@huntonak.com

**Counsel for Intervenor Defendants-Appellees**

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
Telephone: (703) 243-9423
Email: mike@consovoymccarthy.com

**Counsel for Plaintiff-Appellant Students for Fair Admissions, Inc.**

## UNOPPOSED JOINT MOTION FOR EXTENSIONS OF TIME

TO THE HONORABLE COURT OF APPEALS:

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendants-Appellees and Intervenor Defendants-Appellees ("Appellees") file this first unopposed motion for a 30-day extension of time to file their response briefs, to and including December 3, 2021.  Additionally, in the event Appellees' extension request is granted, Plaintiff-Appellant ("Appellant") files this first unopposed motion for a 14-day extension of time to file its reply brief, to and including January 7, 2022.  In support thereof, the parties respectfully show the Court as follows:

*Response Briefing Extension*

1.  This is Appellees' first request for an extension of time.  Appellant filed its opening brief on October 4, 2021.  Appellees' response briefs are currently due November 3, 2021.

2.  Good cause exists for Appellees' requested 30-day extension.  The attorney primarily responsible for handling this matter for Defendants-Appellees is undersigned counsel, Matthew Powers.  Mr. Powers has several competing deadlines and commitments in the coming weeks, including in: *Waterford Development Partners, LP v. Waterford Lago Vista, LLC*, D-1-GN-21-002370, in the 53rd Judicial District Court, Travis County, Texas (summary judgment briefing deadlines October 26 and November 5, 2021); *Mineral Society, LLC v. Circuit of the Americas, LLC*, D-1-GN-16-005155, in the 345th Judicial District Court, Travis County, Texas (deposition and

summary judgment briefing deadlines October 20, November 2, and November 16, 2021); and *Gregory v. Nations Cabinetry* (2021-CAA-1) (responsive summary judgment briefing due November 5, 2021 in matter pending before Department of Labor OALJ).

3.  Marianne Nitsch, an attorney with responsibility over this case for Defendant-Appellees, has several competing deadlines and commitments in the coming weeks, including in: *Railroad Commission of Texas et al. v. Opiela*, 03-21-00258-CV (Tex. App.—Austin) (response brief due on or before November 19, 2021); *Law Offices of Ryan Downton v. Little River*, 21-50616 (5th Cir.) (cross-reply brief due on or before November 23).

4.  The attorney primarily responsible for handling this matter for Intervenor Defendants-Appellees is undersigned counsel, David G. Hinojosa. Mr. Hinojosa has several competing deadlines and commitments in the coming weeks, including in: *B.E.R.T. v. O'Connor* (W.D. Okla.) (Motion for Preliminary Injunction due week of October 26, 2021); *Hoke County School Board v. State of North Carolina*, 95 CVS 1158 (N.C. Sup. Ct.—Wake Cty.) (brief and proposed order on enforcement of remedial plan due November 1, 2021 and possible reply brief on November 15, 2021); *NAACP-Charlotte Mecklenburg Branch v. Moore*, COA 21-446 (N.C. Ct. App.) (response brief due November 10, 2021).

5.  Counsel for Appellees has conferred with counsel for Appellant and have been informed that no party opposes this extension.

6. The extension sought is in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

*Reply Briefing Extension*

7. If Appellees' extension is granted, Appellant's reply will be due on December 24, 2021. Appellant seeks a 14-day extension of time to file its reply brief to account for the Christmas holiday and competing deadlines in other matters, including *Trump v. Mazars US, LLP*, Nos. 21-5176, 21-5177 (D.C. Cir.) (oral argument on December 13, 2021) and *Speech First v. Sands*, No. 21-2061 (4th Cir) (brief due January 10, 2022). Good cause exists for Appellant's requested 14-day extension for reply briefing.

8. Counsel for Appellant has conferred with counsel for Appellees and have been informed that no party opposes this extension.

9. The extension sought is in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

## CONCLUSION

For the foregoing reasons, the parties respectfully move that the time for filing Appellees' response briefs be extended 30 days, to and including December 3, 2021 and that the time for filing Appellant's reply brief be extended to and include January 7, 2022.

Respectfully submitted,

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: (512) 480-5757
Facsimile: (512) 536-9926

By: */s/ Matthew C. Powers*
Matthew C. Powers
Texas State Bar No. 2406650
William G. Christian
Texas State Bar No. 24082882
Marianne W. Nitsch
Texas State Bar No. 24098182
Email: mpowers@gdhm.com
Email: wchristian@gdhm.com
Email: mnitsch@gdhm.com

**Counsel for Defendants-Appellees
University of Texas at Austin, et al.**

By: */s/David G. Hinojosa*
David G. Hinojosa
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8307
Email: dhinojosa@lawyerscommittee.org

Neil Gilman
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1674
Email: ngilman@huntonak.com

Brian C. Pidcock
HUNTON ANDREWS KURTH LLP

600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-3916
Email: brianpidcock@huntonak.com

**Counsel for Intervenor Defendants-Appellees**

By: */s/ J. Michael Connolly*
William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
Telephone: (703) 243-9423
Email: mike@consovoymccarthy.com

**Counsel for Plaintiff-Appellant Students for Fair Admissions, Inc.**

# CERTIFICATE OF CONFERENCE

On October 22, 2021, undersigned counsel conferred with counsel for Appellant and counsel for Intervenor Defendants-Appellees, who advised that Appellant and Intervenor Defendants-Appellees do not oppose this request for extensions of time.

*/s/ Matthew C. Powers*
Matthew C. Powers

## CERTIFICATE OF COMPLIANCE

This motion complies with (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 633 words, excluding the parts exempted by Rule 32(f); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in proportionally spaced typeface (14-point Garamond). Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

>*/s/ Marianne W. Nitsch*
>Marianne W. Nitsch

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on October 26, 2021, I electronically filed the foregoing Unopposed Joint Motion for Extensions of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    William S. Consovoy
    Thomas R. McCarthy
    J. Michael Connolly
    Cameron T. Norris
    Steven C. Begakis
    CONSOVOY MCCARTHY PLLC
    1600 Wilson Blvd., Suite 1700
    Arlington, Virginia 22209
    will@consovoymccarthy.com
    tom@consovoymccarthy.com
    mike@consovoymccarthy.com
    cam@consovoymccarthy.com
    steven@consovoymccarthy.com

    David G. Hinojosa
    LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
    1500 K Street NW, Suite 900
    Washington, DC 20005
    Telephone: (202) 662-8307
    Email: dhinojosa@lawyerscommittee.org

    Neil Gilman
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Avenue, NW
    Washington, DC 20037
    Telephone: (202) 955-1674
    Email: ngilman@huntonak.com

    Brian C. Pidcock
    HUNTON ANDREWS KURTH LLP
    600 Travis Street, Suite 4200

Houston, TX 77002
Telephone: (713) 220-3916
Email: <brianpidcock@huntonak.com>

                                      */s/ Marianne W. Nitsch*
                                      Marianne W. Nitsch