# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 26, 2021

Ms. Marianne W. Nitsch
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue
Suite 2700
Austin, TX 78701

    No. 21-50715    Students for Fair Admissions v. University of Texas at Austin
                          USDC No. 1:20-CV-763

Dear Ms. Nitsch,

Due to the motion filed on 10/26/2021 as an extension request having additional reliefs for a reply brief extension which is not currently due at this time, the motion shall be refiled as a motion and submitted for consideration.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Casey A. Sullivan, Deputy Clerk
                504-310-7642

cc:
    Mr. Steven Christopher Begakis
    Mr. William Christian
    Mr. John Michael Connolly
    Mr. William S Consovoy
    Mr. Neil K. Gilman
    Mr. David G. Hinojosa
    Mr. Thomas McCarthy
    Mr. John J. McKetta III
    Mr. Cameron Thomas Norris
    Mr. Brian Pidcock
    Mr. Matthew Christopher Powers