# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 26, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-50715    Students for Fair Admissions v. University of Texas at Austin
                       USDC No. 1:20-CV-763

The court has granted an extension of time to and including December 3, 2021 for filing appellee's brief in this case.

The court has denied as premature, the motion to extend time to file appellants reply brief in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Casey A. Sullivan, Deputy Clerk
                504-310-7642

Mr. Steven Christopher Begakis
Mr. William Christian
Mr. John Michael Connolly
Mr. William S Consovoy
Mr. Neil K. Gilman
Mr. David G. Hinojosa
Mr. Thomas McCarthy
Mr. John J. McKetta III
Ms. Marianne W. Nitsch
Mr. Cameron Thomas Norris
Mr. Brian Pidcock
Mr. Matthew Christopher Powers