**Case No. 21-50715**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Students for Fair Admissions, Incorporated,
　　*Plaintiff-Appellant*

v.

University of Texas at Austin; James B. Milliken, Chancellor of the University of Texas System in his Official Capacity; Steven Leslie, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; Daniel H. Sharphorn, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; Jay Hartzell, Interim President of the University of Texas at Austin in his Official Capacity; Board of Regents of the Texas State University System; David J. Beck, Member of the Board of Regents in his Official Capacity; Christina Melton Crain, Member of the Board of Regents in her Official Capacity; Kevin P. Eltiffe, Member of the Board of Regents in his Official Capacity; R. Steven Hicks, Member of the Board of Regents in his Official Capacity; Jodie Lee Jiles, Member of the Board of Regents in his Official Capacity; Janiece Longoria, Member of the Board of Regents in her Official Capacity; Nolan Perez, Member of the Board of Regents in his Official Capacity; Kelcy L. Warren, Member of the Board of Regents in his Official Capacity; James C. (Rad) Weaver, Member of the Board of Regents in his Official Capacity; Daniel Jaffe, Interim Executive Vice President and Provost; Rachelle Hernandez, Senior Vice Provost for Enrollment Management and Student Success; Miguel Wasielewki, Executive Director for Office of Admissions,
　　*Defendants-Appellees*

The Black Student Alliance; Texas Orange Jackets; Texas NAACP; Adaylin Alvarez; Morgan Bennett; Liz Kufour; Brianna Mallorie McBride; Desiree Ortega-Santiago; Nima Rahman; Alexandra Trujillo; Rosaleen Xiong,
　　*Intervenor Defendants-Appellees.*

On Appeal from the United States District Court Western District of Texas, Austin Division, Civil Action No. 1:20-cv-763 (Pitman, J.)

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
Telephone: (703) 243-9423
Email: mike@consovoymccarthy.com

**Counsel for Plaintiff-Appellant
Students for Fair Admissions, Inc.**

**UNOPPOSED MOTION FOR EXTENSIONS OF TIME**

TO THE HONORABLE COURT OF APPEALS:

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Plaintiff-Appellant files this first unopposed motion for a 14-day extension of time to file its reply brief, to and including January 10, 2022. In support thereof, Appellant respectfully shows the Court as follows:

1. This is Appellant's first request for an extension of time. Appellant filed its opening brief on October 4, 2021. After an unopposed motion for a 30-day extension of time was granted, Defendants-Appellees and Intervenor Defendants-Appellees each filed response briefs on December 3, 2021.

2. Good cause exists for Appellant's requested 14-day extension. Appellant's reply brief is currently due on December 27, 2021. The attorney primarily responsible for handling this matter for Appellant is undersigned counsel, Michael Connolly. Appellant seeks a 14-day extension of time to file its reply brief to account for the Christmas holiday and Mr. Connolly's multiple competing deadlines in other matters, including *Parents Defending Education v. Wellesley Public Schools*, No. 21-cv-11709 (D. Mass) (reply briefs due December 8, 2021 and December 14, 2021 and oral argument on December 15, 2021); *Students for Fair Admissions v. University of North Carolina*, No. 21-707 (S. Ct.) (reply brief due in late December); *Students for Fair Admissions v. University of North Carolina*, No. 21-2263 (4th Cir.) (opening brief currently due January 10, 2022); and *Speech First v. Sands*, No. 21-2061 (4th Cir) (opening brief due January 10, 2022).

Appellant also must respond to two briefs in this case, as the Defendants-Appellees and the Intervenor Defendants-Appellees each filed separate briefs.

5.　　SFFA conferred with counsel for Defendants-Appellees and the Intervenor Defendants-Appellees and confirms that no party opposes this extension.

6.　　The extension sought is in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

## CONCLUSION

For the foregoing reasons, Appellant respectfully moves that the time for filing its reply brief be extended 14 days, to and including January 10, 2022.

Respectfully submitted,

By: */s/ J. Michael Connolly*
William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
Telephone: (703) 243-9423
Email: mike@consovoymccarthy.com

**Counsel for Plaintiff-Appellant Students for Fair Admissions, Inc.**

## CERTIFICATE OF CONFERENCE

On December 7, 2021, undersigned counsel conferred with counsel for Appellees and counsel for Intervenor Defendants-Appellees, who advised that they do not oppose this request for an extension of time.

<em>/s/ J. Michael Connolly</em><br>
J. Michael Connolly

## CERTIFICATE OF COMPLIANCE

This motion complies with (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 337 words, excluding the parts exempted by Rule 32(f); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in proportionally spaced typeface (14-point Garamond). Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ J. Michael Connolly*
J. Michael Connolly

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on December 7, 2021, I electronically filed the foregoing Unopposed Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Matthew C. Powers
>William G. Christian
>Marianne W. Nitsch
>GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
>401 Congress Avenue, Suite 2700
>Austin, TX 78701
>Telephone: (512) 480-5757
>Facsimile: (512) 536-9926
>Email: mpowers@gdhm.com
>Email: wchristian@gdhm.com
>Email: mnitsch@gdhm.com
>
>David Hinojosa
>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
>1500 K Street NW, Suite 900
>Washington, DC 20005
>Telephone: (202) 662-8307
>Email: dhinojosa@lawyerscommittee.org
>
>Neil Gilman
>HUNTON ANDREWS KURTH LLP
>2200 Pennsylvania Avenue, NW
>Washington, DC 20037
>Telephone: (202) 955-1674
>Email: ngilman@huntonak.com
>
>Brian C. Pidcock
>HUNTON ANDREWS KURTH LLP
>600 Travis Street, Suite 4200
>Houston, TX 77002

Telephone: (713) 220-3916
Email: brianpidcock@huntonak.com

                                           */s/ J. Michael Connolly*
                                           J. Michael Connolly