# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2022

Mr. John Michael Connolly
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. David G. Hinojosa
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W.
Suite 900
Washington, DC 20005

Mr. Matthew Christopher Powers
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue
Suite 2700
Austin, TX 78701

        No. 21-50715    Students for Fair Admissions v. University
                        of Texas at Austin
                        USDC No. 1:20-CV-763


Dear Mr. Connolly, Mr. Hinojosa, Mr. Powers,

You must submit the 7 paper copies of your briefs required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Appellant must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
    Mr. Steven Christopher Begakis
    Mr. William Christian
    Mr. William S Consovoy
    Mr. Neil K. Gilman
    Mr. Thomas McCarthy
    Ms. Marianne W. Nitsch
    Mr. Cameron Thomas Norris
    Mr. Brian Pidcock
    Ms. Genevieve Bonadies Torres