# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 14, 2022

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

    No. 21-50715    Students for Fair Admissions v. University of Texas at Austin

    Projected Week of Hearing **April 4, 2022**
--------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                                  CALENDARING DEPARTMENT
                                  clerk_calendaring@ca5.uscourts.gov

Mr. Steven Christopher Begakis
Mr. William Christian
Mr. John Michael Connolly
Mr. William S Consovoy
Mr. Neil K. Gilman
Mr. David G. Hinojosa

Mr. Thomas McCarthy
Ms. Marianne W. Nitsch
Mr. Cameron Thomas Norris
Mr. Brian Pidcock
Mr. Matthew Christopher Powers
Ms. Genevieve Bonadies Torres