# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 04, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-50715   Students for Fair Admissions v. Univ of TX at Austin
                  USDC No. 1:20-CV-763

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Casey A. Sullivan, Deputy Clerk
                          504-310-7642

Mr. Steven Christopher Begakis
Mr. William Christian
Mr. John Michael Connolly
Mr. William S Consovoy
Mr. Neil K. Gilman
Mr. David G. Hinojosa
Mr. Thomas McCarthy
Ms. Marianne W. Nitsch
Mr. Cameron Thomas Norris
Mr. Brian Pidcock
Mr. Matthew Christopher Powers
Ms. Genevieve Bonadies Torres