# United States Court of Appeals for the Fifth Circuit

No. 21-50715

Students for Fair Admissions, Incorporated,

*Plaintiff—Appellant*,

*versus*

University of Texas at Austin; James B. Milliken, *Chancellor of the University of Texas System in his Official Capacity*; Steven Leslie, *Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity*; Daniel H. Sharphorn, *Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity*; Jay Hartzell, *Interim President of the University of Texas at Austin in his Official Capacity*; Board of Regents of the Texas State University System; David J. Beck, *Member of the Board of Regents in his Official Capacity*; Christina Melton Crain, *Member of the Board of Regents in her Official Capacity*; Kevin P. Eltife, *Member of the Board of Regents in his Official Capacity*; R. Steven Hicks, *Member of the Board of Regents in his Official Capacity*; Jodie Lee Jiles, *Member of the Board of Regents in his Official Capacity*; Janiece Longoria, *Member of the Board of Regents in her Official Capacity*; Nolan Perez, *Member of the Board of Regents in his Official Capacity*; Kelcy L. Warren, *Member of the Board of Regents in his Official Capacity*; James C. (Rad) Weaver, *Member of the Board of Regents in his Official Capacity*; Daniel Jaffe, *Interim Executive Vice President and Provost*; Rachelle Hernandez, *Senior Vice Provost for Enrollment Management and Student Success*; Miguel Wasielewski, *Executive Director for Office of Admissions*,

*Defendants—Appellees*,

No. 21-50715

THE BLACK STUDENT ALLIANCE; THE TEXAS ORANGE JACKETS; TEXAS NAACP; ADAYLIN ALVAREZ; MORGAN BENNETT; LIZ KUFOUR; BRIANNA MALLORIE MCBRIDE; DESIREE ORTEGA-SANTIAGO; NIMA RAHMAN; ALEXANDRA TRUJILLO; ROSALEEN XIONG,

*Intervenor Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-763

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion to place the appeal in abeyance pending the decision of the United States Supreme Court in *Students for Fair Admissions v. University of North Carolina, et al*, No.21-707, and *Students for Fair Admissions v. President and Fellows of Harvard College*, No. 20-1199 is DENIED.  The court will take oral argument in order to move along the relevant issues.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT