# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 20, 2022

Lyle W. Cayce
Clerk

No. 21-50715

Students for Fair Admissions, Incorporated,

*Plaintiff—Appellant*,

*versus*

University of Texas at Austin; James B. Milliken, *Chancellor of the University of Texas System in his Official Capacity*; Steven Leslie, *Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity*; Daniel H. Sharphorn, *Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity*; Jay Hartzell, *Interim President of the University of Texas at Austin in his Official Capacity*; Board of Regents of the Texas State University System; David J. Beck, *Member of the Board of Regents in his Official Capacity*; Christina Melton Crain, *Member of the Board of Regents in her Official Capacity*; Kevin P. Eltife, *Member of the Board of Regents in his Official Capacity*; R. Steven Hicks, *Member of the Board of Regents in his Official Capacity*; Jodie Lee Jiles, *Member of the Board of Regents in his Official Capacity*; Janiece Longoria, *Member of the Board of Regents in her Official Capacity*; Nolan Perez, *Member of the Board of Regents in his Official Capacity*; Kelcy L. Warren, *Member of the Board of Regents in his Official Capacity*; James C. (Rad) Weaver, *Member of the Board of Regents in his Official Capacity*; Daniel Jaffe, *Interim Executive Vice President and Provost*; Rachelle Hernandez, *Senior Vice Provost for Enrollment Management and Student Success*; Miguel Wasielewski, *Executive Director for Office of Admissions*,

*Defendants—Appellees*,

No. 21-50715

The Black Student Alliance; The Texas Orange Jackets; Texas NAACP; Adaylin Alvarez; Morgan Bennett; Liz Kufour; Brianna Mallorie McBride; Desiree Ortega-Santiago; Nima Rahman; Alexandra Trujillo; Rosaleen Xiong,

*Intervenor Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-763

_____

Before King, Jones, and Duncan, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.