# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 12, 2022

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50715    Students for Fair Admissions v. Univ of TX
                      USDC No. 1:20-CV-763

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Roeshawn Johnson, Deputy Clerk
                                        504-310-7998

cc:  Mr. Steven Christopher Begakis
     Mr. William Christian
     Mr. John Michael Connolly
     Mr. William S Consovoy
     Mr. Neil K. Gilman
     Mr. David G. Hinojosa
     Mr. Thomas McCarthy
     Ms. Marianne W. Nitsch
     Mr. Cameron Thomas Norris
     Mr. Brian Pidcock
     Mr. Matthew Christopher Powers
     Ms. Genevieve Bonadies Torres